| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE SINGH, | ) No. C 09-1267 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO EXTEND DATES;**<br>) **AND [PROPOSED] ORDER** |
| DONALD NEUFELD, Acting Director,<br>California Service Center;<br>JANET NAPOLITANO, Secretary, Department<br>of Homeland Security;<br>ERIC HOLDER, Attorney General of the<br>United States; and<br>Does 1 thru 50,<br>Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about March 24, 2009. Defendants' response is due on June 2, 2009.

2. On April 15, 2009, the United States Citizenship and Immigration Services (USCIS) issued a Notice of Intent to Revoke ("NOIR") to Plaintiff.

3. In order to allow sufficient time for Plaintiff to respond to the NOIR, the parties hereby respectfully ask this Court to a 30-day extension of time within which the Defendants must serve

Stipulation to Extend
C09-1267 SI                             1

1 | its answer in the above-entitled action.  Defendants will file their answer on or before July 2, 2009.

2 | Date: May 29, 2009                                   Respectfully submitted,

3 |                                                                    JOSEPH P. RUSSONIELLO
  |                                                                    United States Attorney

5 |                                                                    _____/s/_____
6 |                                                                    ILA C. DEISS[1]
  |                                                                    Assistant United States Attorney
  |                                                                    Attorneys for Defendants

9 | Date: May 29, 2009                                   _____/s/_____
  |                                                                    JOSEPH J. SIGUENZA
  |                                                                    Attorney for Plaintiff

11 |                                             **ORDER**

12 |        Pursuant to stipulation, IT IS SO ORDERED.

13 | Date:                                                 _____
14 |                                                                    SUSAN ILLSTON
  |                                                                    United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend
C09-1267 SI                                            2