1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-7124
   FAX: (415) 436-7169
7

8 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE SINGH, | ) No. C 09-1267 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| DONALD NEUFELD, Acting Director, California Service Center; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC HOLDER, Attorney General of the United States; and Does 1 thru 50, | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice because Plaintiff's I-130 petition has been reaffirmed, and the petition has been sent back to the Department of State National Visa Center (NVC) for processing.

///

///

///

Stipulation to Dismiss
C09-1267 SI                                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: July 1, 2009                Respectfully submitted,

3 |                         JOSEPH P. RUSSONIELLO
                        United States Attorney

5 |                         /s/

6 |                         ILA C. DEISS[1]
                        Assistant United States Attorney
                        Attorneys for Defendants

                        /s/

9 | Date: July 1, 2009              JOSEPH J. SIGUENZA
                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                        SUSAN ILLSTON
                        United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-1267 SI                       2